# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JOE GANDY,                                  §
                                           §
        Plaintiff,                         §
                                           §
v.                                         §        C.A. No. 4:16-cv-01361
                                           §
UNUM LIFE INSURANCE COMPANY                §
OF AMERICA d/b/a UNUM and THE              §
UNUM GROUP,                                §
                                           §
        Defendants.                        §

## INDEX OF STATE COURT FILED DOCUMENTS

|     |                                                                              | **Date Received / Filed** |
| --- | ---------------------------------------------------------------------------- | ------------------------- |
| 1.  | Docket Sheet from Harris County District Clerk, 190th Judicial District      | N/A                       |
| 2.  | Plaintiff's Original Complaint and Jury Demand                               | 4/4/16                    |
| 3.  | Service of Process Transmittal with Citation on Unum Life Insurance Company of America | 4/25/16          |
| 4.  | Affidavit of Service on Unum Life Insurance Company of America               | 4/26/16                   |
| 5.  | Civil Process Request Form                                                    | 5/9/16                    |

Respectfully submitted,

By: /s/ Dennis M. Lynch
      Dennis M. Lynch
      State Bar No. 90001506
      S.D. No. 23163
      dennis.lynch@figdav.com
      Attorney-in-Charge

      Of Counsel:
      Roshanak Khosravighasemabadi
      State Bar No. 24048587
      S.D. No. 922957
      rosh.khosravi@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202-3796
(214) 939-2000
(214) 939-2090 (Facsimile)

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to Michael Patrick Doyle and Patrick M. Dennis, Doyle LLP, The Clocktower Building, 3401 Allen Parkway, Suite 100, Houston, Texas 77019, on this the 13th day of May, 2016.

/s/ Dennis M. Lynch
Dennis M. Lynch

1

**HCDistrictclerk.com**        GANDY, JOE vs. UNUM LIFE INSURANCE COMPANY        5/12/2016
                               OF AMERICA (D/B/A UNUM
                               Cause: 201621120      CDI: 7      Court: 151

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 70156337 | Civil Process | | 05/09/2016 | 2 |
| 69960035 | Citation Corporate | | 04/26/2016 | 2 |
| 69949207 | Civil Process Pick-Up Form | | 04/12/2016 | 1 |
| 69658452 | Plaintiff's original complaint & Jury Demand | | 04/04/2016 | 11 |

**2**

4/2/2016 1:33:03 PM
Chris Daniel - District Clerk Harris County
Envelope No. 9918123
By: Monica Ovalle
Filed: 4/4/2016 12:00:00 AM

## 2016-21120 / Court: 151

Cause No. _____

| | | |
|---|---|---|
| JOE GANDY | § | |
| | § | |
| *Plaintiff,* | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | |
| UNUM LIFE INSURANCE COMPANY | § | OF HARRIS COUNTY, TEXAS |
| OF AMERICA D/B/A | § | |
| UNUM and THE UNUM GROUP. | § | |
| | § | |
| *Defendants.* | § | ____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL COMPLAINT & JURY DEMAND

Plaintiff JOE GANDY files this Original Complaint against Defendants UNUM LIFE INSURANCE COMPANY OF AMERICA D/B/A UNUM and THE UNUM GROUP, and would respectfully show the following:

### DISCOVERY CONTROL PLAN

1.1    Plaintiff intends to conduct discovery under Level 2 of Texas Rule of Civil Procedure 190.

### ■ *PARTIES* ■

2.1    Joe Gandy is a resident and citizen of the State of Texas.

2.2    Unum Life Insurance Company of America ("UNUM") is an insurance company authorized to transact the business of insurance in Texas and may be served with process  through its registered agent: <u>CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCO, 211 E 7TH STREET SUITE 620 AUSTIN, TX 78701.</u>

2.3    Defendant Unum Group Corporation ("Unum Group") is the parent company of Unum. Unum Group may be served through its registered agent: <u>CORPORATION</u>

SERVICE COMPANY D/B/A CSC-LAWYERS INCO, 211 E 7TH STREET SUITE 620
AUSTIN, TX 78701.

2.4    Defendant Unum Group exercises significant control over the policies and actions of Defendant Unum.

2.5    Defendant Unum Group is the employer of all persons who acted on behalf of Unum in regards to Plaintiff's claim.

2.6    Plaintiff alleges upon information and belief that Defendant Unum Group established the policies and procedures governing the payment or denial of claims, the policy for document retention and otherwise established the procedures under which the decision-makers made the decision to deny benefits that is the subject of this law suit, and was the de facto decision-maker in the Plaintiff's claim.

■ *VENUE & JURISDICTION* ■

3.1    Venue is proper in Harris County under Texas Civil Practice & Remedies Code § 15.0181(c)(1), as Defendant Unum and Unum Group maintain its principal office in the State of Texas in Harris County as defined by Texas Civil Practice & Remedies Code

3.2    Mr. Gandy seeks damages within the jurisdictional limits of this Court. At this time, Mr. Gandy seeks monetary relief in an amount over $1,000,000. Mr. Gandy reserves the right to modify the amount and type of relief sought in the future.

■ *FACTUAL BACKGROUND* ■

4.1    Plaintiff Joe Gandy, worked for Amarillo College as a professor. As part of his compensation package at the college, Mr. Gandy was provided disability insurance through Unum, policy number 341306. Unfortunately, Mr. Gandy began suffering from

2

an aggravation of Post-Traumatic Stress Disorder (PTSD), preventing him from being able to perform his duties as a professor. Indeed, on or about September 28, 2013, Mr. Gandy no longer was able to work in his position at Amarillo College due to aggravations of PTSD, secondary to poorly controlled diabetes, chronic neck and low back pains, seizure disorder, and various other physical medicine issues. Plaintiffs treating physicians confirmed that he was no longer able to work in his position due to this disability.

4.2     In response to his medical diagnosis, Plaintiff filed a claim with UNUM for long-term disability benefits (Claim Number 9433321). Plaintiff included supporting medical records confirming his disability. UNUM, however, wrongfully denied Plaintiff's claim by way of correspondence dated April 3, 2014. At the time of the denial, UNUM had in its possession Plaintiff's medical records documenting his condition and disability

4.3     Though Plaintiff's claim was not governed by The Employee Retirement Income Security Act ("ERISA"), in a good faith effort to resolve the situation, Plaintiff sent additional medical records to UNUM showing that he was disabled according the Policy and therefore entitled to its benefits.   Plaintiff again provided supporting confirmation of his disability from his treating physicians (Dr. Chavez and Dr. Whittaker), and also included a vocational report completed by Wallace Stanfill on November 07, 2014. Mr. Stanfill's assessment concluded Mr. Gandy could not perform his own occupation or other occupations secondary to poorly controlled diabetes, chronic neck and low back pains, seizure disorder, various other physical medicine issues, and PTSD.

3

4.4     Despite this evidence, UNUM sent a correspondence dated January 6, 2015, asserting that it was upholding its total denial of benefits. This denial lacked any reasonable basis under Texas law. Unfortunately, given UNUM's wrongful acts and repeated denials of payment, Mr. Gandy has been subjected to significant economic impact, worry, distress, and continuing economic and physical damage. In addition, Mr. Gandy suffered financial harm and damage as a result of Defendant's denials and repeated delays.

4.5     UNUM's wrongful conduct includes the following acts or omissions:

    a.      Failure to conduct a reasonable investigation of the events and facts relating to the disability insurance claim submitted by Mr. Gandy;

    b.      Failure to timely recognize and acknowledge the nature and extent of Mr. Gandy's physical, financial, and other injuries;

    c.      Failure to accept the undisputed evidence regarding Mr. Gandy's medical condition and disability;

    d.      Creation of pretextual reasons to deny and/or delay payment of the underlying claim and engagement in an "outcome-driven" approach to the claim; and

    e.      Failure to ensure that the industry's best practices were applied consistently with regard to the insurance claim.

4.6     The significant effect of Defendants' conduct and consequent wrongful and unjustified delays is still uncompensated.

4

■ *FIRST CAUSE OF ACTION— Violations of Texas Insurance Code* ■

5.1     Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-4.6 of this Petition as if fully set forth herein.

5.2     UNUM failed to attempt to effectuate a prompt, fair, and equitable settlement of a claim with respect to which liability has become reasonably clear, in violation of Texas Insurance Code section 541.060 (a)(2)(A) (formerly Art. 21.21 §4(10)(ii)).

5.3     UNUM failed to adopt and implement reasonable standards for prompt investigation of claims arising under its policies.

5.4     UNUM failed to provide promptly a reasonable explanation, in relation to the facts or applicable law, for the denial of a claim, in violation of Texas Insurance Code section 541.060 (a)(3) (formerly Art. 21.21 §4(10)(iv)).

5.5     UNUM refused to pay a claim without conducting a reasonable investigation with respect to the claim, in violation of Texas Insurance Code section 541.060 (a)(7) (formerly Art. 21.21 §4(10)(vii)).

5.6     UNUM misrepresented the insurance policy under which it affords insurance coverage to Mr. Gandy, by making an untrue statement of material fact, in violation of Texas Insurance Code section 541.061 (1) (formerly Art. 21.21 §4(11)(a)).

5.7     UNUM misrepresented the insurance policy under which it affords insurance coverage to Mr. Gandy, by failing to state a material fact that is necessary to make other statements made not misleading, in violation of Texas Insurance Code section 541.061 (2) (formerly Art. 21.21 §4(11)(b)).

5

5.8     UNUM misrepresented the insurance policy under which it affords coverage to Mr. Gandy, by making a statement in such manner as to mislead a reasonably prudent person to a false conclusion of material fact, and failing to disclose a matter required by law to be disclosed, in violation of Texas Insurance Code section 541.061 (3) (formerly Art. 21.21 §4(11)(c)) and Texas Insurance Code section 541.002 (1) (formerly Art. 21.21 §4(11)(e)).

5.9     UNUM knowingly committed the foregoing acts, with actual knowledge of the falsity, unfairness, or deception of the foregoing acts and practices, in violation of Texas Insurance Code section 541.002 (1) (formerly Art. 21.21 §2(c)).

## ■ SECOND CAUSE OF ACTION — Prompt Payment of Claim ■

6.1     Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-5.9 of this Petition as if fully set forth herein.

6.2     UNUM failed to timely request from Mr. Gandy any additional items, statements or forms that UNUM reasonably believed to be required from Mr. Gandy, in violation of Texas Insurance Code section 542.055 (a)(2)-(3).

6.3     UNUM failed to notify Mr. Gandy in writing of the acceptance or rejection of the claim not later than the fifteenth business day after receipt of all items, statements, and forms required by UNUM in violation of Texas Insurance Code section 542.056(a).

6.4     UNUM delayed payment of Mr. Gandy's claim in violation of Texas Insurance Code section 542.058(a).

## ■ THIRD CAUSE OF ACTION — Statutory Interest ■

7.1     Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-6.4 of this Petition as if fully set forth herein.

7.2     Mr. Gandy makes a claim for penalties of 18% statutory interest on the amount of the claim along with reasonable attorneys' fees for violation of Texas Insurance Code Subchapter B pursuant to Texas Insurance Code section 542.060.

■ *FOURTH CAUSE OF ACTION—Breach of Duty of Good Faith & Fair Dealing* ■

8.1     Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-7.2 of this Petition as if fully set forth herein.

8.2     UNUM, as Mr. Gandy's insurer, had a duty to deal fairly and in good faith with him in the processing of the underlying claim.  UNUM breached this duty by refusing to properly investigate and effectively denying insurance benefits.  UNUM knew or should have known that there was no reasonable basis for denying or delaying the required benefits.  As a result of UNUM's breach of these legal duties, Mr. Gandy suffered legal damages.

■ *FIFTH CAUSE OF ACTION—Punitive Damages for Bad Faith* ■

9.1     Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-8.2 of this Petition as if fully set for herein.

9.2     UNUM acted fraudulently and with malice (as that term is legally defined) in denying Mr. Gandy's claim for coverage benefits.  Further, UNUM had actual, subjective awareness of the risk involved, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of Mr. Gandy.

■ *SIXTH CAUSE OF ACTION—Violations of Texas DTPA* ■

10.1     Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-9.2 of this Petition as if fully set forth herein.

10.2.   The Deceptive Trade Practices-Consumer Protection Act (DTPA) provides additional protections to consumers who are victims of deceptive, improper, or illegal practices.  UNUM's violations of the Texas Insurance Code create a cause of action under the DTPA.   UNUM's violations of the Texas Insurance Code, as set forth herein, specifically violate the DTPA as well.

10.3   The violations by UNUM also are "unconscionable" as that term is legally defined, and subject each to liability for such "unconscionable" acts as set forth by law.

■ *SEVENTH CAUSE OF ACTION — Fraud* ■

11.1   Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-10.3 of this Petition as if fully set forth herein.

11.2   UNUM acted fraudulently as to each representation made to Mr. Gandy concerning material facts for the reason they would not have acted and which UNUM knew were false or made recklessly without any knowledge of their truth.   The representations were made with the intention that they be acted upon by Mr. Gandy, who relied on those representations, thereby causing injury and damage to Mr. Gandy.

■ *EIGTH CAUSE OF ACTION — BREACH OF CONTRACT* ■

12.1   Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1 through 11.2 of this Petition as if fully set forth herein.

12.2   Plaintiff has suffered and continues to suffer from a disability as defined in the Policy and/or as defined under applicable state law.

12.3   Plaintiff has complied with all Policy provisions and conditions precedent to qualify for benefits prior to filing suit.

8

12.4 Defendant, under the terms of the contract of insurance, is indebted to Plaintiff for the disability benefits due under the terms of the Policy.

12.5 Defendant failed and refused to honor their common law and contractual obligations under the policy of insurance that was issued to the Plaintiff for the benefit of Plaintiff.

12.6 Defendant breached its contract with Plaintiff to provide all disability benefits due to her, including but not limited to disability benefits.

12.7 Defendant breached its contract by failing to timely pay disability benefits owed to Plaintiff, by incentivizing its employees to deny claims such as Plaintiff's and by further engaging in actions which resulted in the lack of a fair, thorough and objective review.

12.8 As a direct and proximate result of Defendant's actions in handling this claim, Plaintiff has suffered, and continues to suffer, monetary loss and damages.

### ■ *KNOWLEDGE* ■

14.1 Each of the actions described herein were done "knowingly" as that term is used in the Texas Insurance Code and were a producing cause of Plaintiff's damages.

### ■ *RESULTING LEGAL DAMAGES* ■

15.1 Mr. Gandy is entitled to the actual damages resulting from UNUM's violations of the law. These damages include the consequential damages to his economic welfare from the wrongful denial and delay of benefits; the mental anguish and physical suffering resulting from this wrongful denial of benefits; and continued impact on Mr.

Gandy; lost credit reputation; and the other actual damages permitted by law.   In addition, Plaintiff is entitled to exemplary damages.

15.2   As a result of UNUM's acts and/or omissions, Mr. Gandy has sustained damages in excess of the minimum jurisdictional limits of this Court.

15.3   Mr. Gandy is entitled under law to the recovery of prejudgment interest at the maximum legal rate.

15.4   UNUM's knowing violations of the Texas Insurance Code and DTPA entitle Mr. Gandy to the attorneys' fees, treble damages, and other penalties provided by law.

15.5   Mr. Gandy is entitled to statutory interest on the amount of his claim at the rate of 18% per year as damages under Texas Insurance Code section 542.060(a).

15.6   Mr. Gandy is also entitled to the recovery of attorneys' fees pursuant to Texas Civil Practice & Remedies Code section 38.001, Texas Insurance Code section 542.060(a)-(b), Texas Business & Commerce Code section 17.50, and Texas Civil Practice & Remedies Code section 37.009.

### ▪ *PRAYER* ▪

WHEREFORE, PREMISES CONSIDERED, Plaintiff Joe Gandy respectfully requests that he have judgment against UNUM for actual damages in excess of the minimum jurisdictional limits of this Court, pre- and post-judgment interest as allowed by law, costs of suit, and all other relief, at law or in equity, to which Plaintiff may be entitled.

DATED: APRIL 2, 2016

Respectfully submitted,

DOYLE LLP

MICHAEL PATRICK DOYLE
State Bar. No. 06095650
PATRICK M. DENNIS
State Bar No. 24045777
DOYLE LLP
THE CLOCKTOWER BUILDING
3401 Allen Parkway, Suite 100
Houston, Texas 77019
Phone: 713.571.1146
Fax: 713.571.1148
service@doylelawfirm.com

**ATTORNEYS FOR PLAINTIFF**

## JURY DEMAND

*Mr. Gandy hereby demands a trial by jury, a right enshrined in the Constitutions of the United States of America and the State of Texas and preserved by the sacrifices of many. The necessary jury fee has been paid.*

MICHAEL PATRICK DOYLE

**3**



**CORPORATION SERVICE COMPANY®**

# Notice of Service of Process

null / ALL
Transmittal Number: 15079927
Date Processed: 04/26/2016

Primary Contact:            Marti Cornwell
                            UNUM Group
                            1 Fountain Square
                            Chattanooga, TN 37402

Copy of transmittal only provided to:    Janna Mullin-Erickson
                                         Jen Majic
                                         Judy Drake

| | |
|---|---|
| Entity: | UNUM Life Insurance Company Of America<br>Entity ID Number  2979591 |
| Entity Served: | Unum Life Insurance Company of America dba UNUM |
| Title of Action: | Joe Gandy vs. Unum Life Insurance Company of America dba UNUM |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Contract |
| Court/Agency: | Harris County District Court, Texas |
| Case/Reference No: | 2016-21120 |
| Jurisdiction Served: | Texas |
| Date Served on CSC: | 04/25/2016 |
| Answer or Appearance Due: | 10:00 am Monday next following the expiration of 20 days after service |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Michael Patrick Doyle<br>713-571-1146 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

RECEIPT NUMBER _____ 0.00

TRACKING NUMBER ___73235895 ATY

CAUSE NUMBER   201621120

PLAINTIFF: GANDY, JOE *

vs.

DEFENDANT: UNUM LIFE INSURANCE COMPANY OF AMERICA (D/B/A UNUM)

In The 151st
Judicial District Court of
Harris County, Texas

CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

TO: UNUM LIFE INSURANCE COMPANY OF AMERICA DBA UNUM
    BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY DBA
    CSC LAWYERS INCO

    211  E 7TH STREET SUITE 620   AUSTIN  TX  78701

Attached is a copy of  PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND.

This instrument was filed on the ___4th___ day of ___April___, 20__16__, in the above cited cause number and court. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

   This Citation was issued under my hand and seal of said Court, at Houston, Texas, this ___12th___ day of ___April___, 20__16__.

Issued at request of:
DOYLE, MICHAEL P.
3401  ALLEN PKWY SUITE 100
HOUSTON, TX  77019
TEL: (713) 571-1146
Bar Number: 6095650

*Chris Daniel*
CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O.Box 4651, Houston, Texas 77210

Generated by: CVALLE, MONICA K7U//10349628

OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _25_ day of _April_, 20_16_, at _2:32_ o'clock __.M., endorsed the date of delivery thereon, and executed it at _____

in _____ County, Texas on the _____ day of _____, 20____, at _____ o'clock ___.M.,

by delivering to _____, by delivering to its

_____, in person, whose name is _____

a true copy of this citation, with a copy of the _____ Petition attached,

and with accompanying copies of _____.

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.

FEE: $_____                    By: _____

                                  Printed Name: _____

                                  As Deputy for: _____

Affiant Other Than Officer _____

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20____.

_____
Notary Public

N.INT.CITC.P                    *73235895*

04/25/16
B. Bennett
SC#481

**4**

4/26/2016 11:27:15 AM
Chris Daniel - District Clerk Harris County
Envelope No. 10305357
By: JIMMY RODRIGUEZ
Filed: 4/26/2016 11:27:15 AM

04.139404

RECEIPT NUMBER _____ 0.00

TRACKING NUMBER _____ 73235895 ATY

CAUSE NUMBER    201621120

PLAINTIFF: GANDY, JOE
             vs.
DEFENDANT: UNUM LIFE INSURANCE COMPANY OF AMERICA (D/B/A UNUM)

In The 151st
Judicial District Court of
Harris County, Texas

## CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

TO: UNUM LIFE INSURANCE COMPANY OF AMERICA DBA UNUM
    BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY DBA
    CSC LAWYERS INCO
    211  E 7TH STREET SUITE 620   AUSTIN TX 78701

Attached is a copy of  PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND.

This instrument was filed on the ____4th____ day of ____April____, 20__16__, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

    This Citation was issued under my hand and seal of said Court, at Houston, Texas, this ___12th___ day of _____April_____, 20__16__.

Issued at request of:
DOYLE, MICHAEL P.
3401  ALLEN PKWY SUITE 100
HOUSTON, TX  77019
TEL: (713) 571-1146
Bar Number: 6095650

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O.Box 4651, Houston, Texas 77210

Generated by: OVALLE, MONICA  K7U//10349628

## OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20_____ at _____ o'clock ____.M., endorsed the date of delivery thereon, and executed it at _____
                                                   (STREET ADDRESS)                        (CITY)

in _____ County, Texas on the _____ day of _____, 20_____ at _____ o'clock ____.M.,

by delivering to _____, by delivering to its
                (THE DEFENDANT CORPORATION NAMED IN CITATION)

_____, in person, whose name is _____
(REGISTERED AGENT, PRESIDENT, OR VICE-PRESIDENT)

a true copy of this citation, with a copy of the _____ Petition attached,
                                    (DESCRIPTION OF PETITION, E.G. "PLAINTIFF'S ORIGINAL")

and with accompanying copies of _____
                             (ADDITIONAL DOCUMENTS, IF ANY, DELIVERED WITH THIS PETITION)

I certify that the facts stated in this return are true by my signature below on the ____ day of _____, 20____.

FEE: $ _____           By: _____
                                   (SIGNATURE OF OFFICER)

                           Printed Name: _____

_____    As Deputy for: _____
Affiant Other Than Officer                      (PRINTED NAME & TITLE OF SHERIFF OR CONSTABLE)

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20____.

_____
Notary Public

N.INT.CITC.P                        **73235895**

**CAUSE NO. 2016-21120**

JOE GANDY
VS.

IN THE 151ST JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS

UNUM LIFE INSURANCE
COMPANY OF AMERICA D/B/A
UNUM AND THE UNUM GROUP

**AFFIDAVIT OF SERVICE**

BEFORE ME, the undersigned authority, _Barbara C. Stinnett_ (SERVER), personally appeared on this day and stated under oath as follows:

1. My name is _Barbara C. Stinnett_ (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: _P.O. Box 684627, Austin TX 78768_
(SERVER'S ADDRESS)

2. ON _04/25/16_ (DATE) AT _02_ : _32_ ( _P_ ) M (TIME) CITATION CORPORATE PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND came to hand for delivery to UNUM LIFE INSURANCE COMPANY OF AMERICA D/B/A UNUM AND THE UNUM GROUP, BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY D/B/A CSC LAWYERS INCO.

3. ON _04/25/16_ (DATE) AT _03_ : _02_ ( _P_ ) M (TIME) - The above named documents were delivered to: UNUM LIFE INSURANCE COMPANY OF AMERICA D/B/A UNUM AND THE UNUM GROUP, BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY D/B/A CSC LAWYERS INCO by delivering to

_Sue Verdtrees- designated Agent_
(NAME AND TITLE), authorized agent for service @
_211 E. 7th Street, Suite 620, Austin TX 78701_
(ADDRESS), by CORPORATE Service

_Barbara C Stinnett_
SIGNATURE
SCH# _1187_ EXPIRATION: _07/31/17_

_Barbara C. Stinnett_
AFFIANT PRINTED NAME

SWORN TO AND SUBSCRIBED before me by _Barbara C Stinnett_ appeared on this _25_ day of _April_ , 2016 to attest witness my hand and seal of office.

_Harr Stin_
NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

HARRISON STINNETT 2015.04.139404
MY COMMISSION EXPIRES
July 9, 2016

**5**

## CIVIL PROCESS REQUEST FORM

5/9/2016 2:31:31 PM
Chris Daniel - District Clerk Harris County
Envelope No. 10530162
By: Wanda Chambers
Filed: 5/9/2016 2:31:31 PM

> FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
> FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** 2016-21120 _____ **CURRENT COURT:** 151st Judicial District Court _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types):  Original Petiton & Jury Demand _____

**FILE DATE OF MOTION:** : _____ April    02,    2016 ____
                                           Month/   Day/   Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

1. NAME:   THE UNUM GROUP _____

   ADDRESS:   211 E. 7th Street, Suite 620, Austin, TX 78701 _____

   AGENT, (*if applicable*):  Corporation Service Company d/b/a CSC-LAWYERS, INC. _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*):  Citation _____

   **SERVICE BY** (*check one*):
   - [ ] **ATTORNEY PICK-UP**                [ ] **CONSTABLE**
   - [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____
   - [x] **MAIL**                            [ ] **CERTIFIED MAIL**
   - [ ] **PUBLICATION:**
       Type of Publication:   [ ] **COURTHOUSE DOOR,  or**
                              [ ] **NEWSPAPER OF YOUR CHOICE:** _____
   - [ ] **OTHER,** *explain* _____

**ATTENTION:  Effective June1, 2010**

For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the
Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage
for mail back.  Thanks you,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2. NAME: _____

   ADDRESS: _____

   AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

   **SERVICE BY** (*check one*):
   - [ ] **ATTORNEY PICK-UP**                [ ] **CONSTABLE**
   - [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____
   - [ ] **MAIL**                            [ ] **CERTIFIED MAIL**
   - [ ] **PUBLICATION:**
       Type of Publication:   [ ] **COURTHOUSE DOOR,  or**
                              [ ] **NEWSPAPER OF YOUR CHOICE:** _____
   - [ ] **OTHER,** *explain* _____

---

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME:  Michael P. Doyle _____   TEXAS BAR NO./ID NO.   06095650 _____

MAILING ADDRESS:   3401 Allen Parkway, Suite 100, Houston, TX 77019 _____

PHONE NUMBER:   713 _____   571-1146 _____   FAX NUMBER:   713 ____   571-1148 ____
                area code   phone number                    area code   fax number

EMAIL ADDRESS:   service@doylelawfirm.com _____

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION. FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____ AMENDED PETITION
_____ SUPPLEMENTAL PETITION

COUNTERCLAIM
_____ AMENDED COUNTERCLAIM
_____ SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____ AMENDED CROSS-ACTION
_____ SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____ AMENDED THIRD-PARTY PETITION
_____ SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____ AMENDED INTERVENTION
_____ SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____ AMENDED INTERPLEADER
_____ SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
    ORDER TO: _____
                        (specify)

    MOTION TO: _____
                        (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS