IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JOE GANDY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 2:16-cv-00128-J |
| | § | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA d/b/a UNUM and THE UNUM GROUP, | § § § | |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Joe Gandy ("Plaintiff") and Defendants Unum Life Insurance Company of America, erroneously and improperly named as Unum Life Insurance Company of America d/b/a Unum, and Unum Group (together, "Defendants") (collectively, Plaintiff and Defendants are referred to as the "Parties") announce to the Court that the matters in controversy between them have been settled and that the consideration therefore has been paid in full and received. In accordance with the Settlement Agreement and Mutual Release between the Parties, Plaintiff and Defendants stipulate as follows:

1. That all claims, demands, debts, or causes of action asserted or assertable herein by and between the Parties be DISMISSED WITH PREJUDICE; and

2. That all attorneys' fees, expenses, and costs be borne by the party incurring them.

**STIPULATION OF DISMISSAL WITH PREJUDICE - Page 1**

**AGREED TO AND APPROVED:**

By: /s/ Patrick M. Dennis (w/permission)
    Michael J. Doyle
    State Bar No. 06095650
    Mdoyle@doylelawfirm.com
    Patrick M. Dennis
    State Bar No. 24045777
    Pdennis@doylelawfirm.com

DOYLE LLP
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, Texas 77019
(713) 571-1146
(713) 571-1148 (Facsimile)

ATTORNEYS FOR PLAINTIFF


By: /s/ Dennis M. Lynch
    Dennis M. Lynch
    State Bar No. 90001506
    dennis.lynch@figdav.com
    Roshanak Khosravighasemabadi
    State Bar No. 24048587
    Rosh.Khosravi@figdav.com

FIGARI + DAVENPORT, LLP
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
(214) 939-2000
(214) 939-2090 (Facsimile)

ATTORNEYS FOR DEFENDANTS

**STIPULATION OF DISMISSAL WITH PREJUDICE - Page 2**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by the ECF Filing System to Michael Patrick Doyle and Patrick M. Dennis, Doyle LLP, The Clocktower Building, 3401 Allen Parkway, Suite 100, Houston, Texas 77019, on this the 19th day of December, 2016.

/s/ Dennis M. Lynch
Dennis M. Lynch